**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**ARDEAN J. STAMPS**                                                                                    **PLAINTIFF**

**VS.**                                                              **CIVIL ACTION NO. 3:06CV500WA**

**STATE FARM FIRE AND CASUALTY**
**COMPANY**                                                                                              **DEFENDANT**

## ORDER

This matter came before the court on the Plaintiff's Unopposed Motion for Stay for Six Months. The basis of the Motion is the pending liability case in the Circuit Court of Yazoo County. The outcome of that suit could moot the claim for relief made in this case. The court has reviewed the Motion and is of the opinion that it has merit and should be granted.

IT IS, THEREFORE, ORDERED, as follows:

1. This matter will be stayed until June 15, 2007;

2. On or before June 15, 2007, the Plaintiff will report to the court as to the status of the state court case;

3. At that time, the Plaintiff will either submit an Order dismissing this action or request the court to conduct another telephonic Case Management Conference and enter a Case Management Plan Order; and

4. Failure to comply with the terms of this Order will result in a recommendation that this matter be dismissed for failure to prosecute.

IT IS SO ORDERED, this the 14th day of December, 2006.

                                                                S/Linda R. Anderson
                                      UNITED STATES MAGISTRATE JUDGE